# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:15CR19** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| **MARCOS DE LA TORRE-CASAS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion To Dismiss without Prejudice (Filing No. 38). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Complaint without prejudice.

IT IS ORDERED that the government's Motion To Dismiss without Prejudice (Filing No. 38) is granted, and the Indictment herein (Filing No. 1) is dismissed without prejudice

DATED this 2nd day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge